# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-1228 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| ORLANDO L. HARPER, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 3, 2023, the Magistrate Judge issued a Report (Doc. 50) recommending that Defendants' Motions to Dismiss (Docs. 29 & 34) be granted.  Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections. (Doc.  51.)

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Defendants' Motions to Dismiss (**Docs. 29 & 34**) are **GRANTED,** this case is **DISMISSED** and the R&R (**Doc. 50**) is adopted as the Opinion of the District Court.

**IT IS SO ORDERED**.

March 27, 2022

s/Cathy Bissoon  
Cathy Bissoon  
United States District Judge

cc (via ECF email notification):
All Counsel of Record